**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01911-REB-KMT

SUDHAKAR REDDY KUDUMULA, individually, and
SHAYMON SERVICES, INC., a Colorado corporation,

    Plaintiffs,

v.

EXXOVA, LLC, a Delaware corporation,,

    Defendant

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before the court on the **Plaintiffs' Unopposed Motion For Dismissal of Sixth Claim for Relief and For Placement of Case on Administrative Closure Status** [#18][1] filed September 18, 2012. After reviewing the motion and the file, I conclude that the motion should be granted; that plaintiff's Sixth Claim for relief should be dismissed without prejudice; and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiffs' Unopposed Motion For Dismissal of Sixth Claim for Relief and For Placement of Case on Administrative Closure Status** [#18] filed September 18, 2012, is **GRANTED**;

2. That plaintiff's Sixth Claim for relief is **DISMISSED WITHOUT PREJUDICE**;

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

4. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated September 18, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge