**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01911-REB-KMT

SUDHAKAR REDDY KUDUMULA, individually, and
SHAYMON SERVICES, INC., a Colorado corporation,

    Plaintiffs,

v.

EXXOVA, LLC, a Delaware corporation,,

    Defendant.

**ORDER**

**Blackburn, J.**

    The matter before me is **Plaintiffs' Motion To Reopen Case To Enforce Settlement** [#21],[1] filed December 20, 2012.  Defendant has not responded to the motion within the time allowed by law.  Having reviewed the motion, and the apposite exhibits, and thus being advised of the premises, I find and conclude that good cause exists to reopen this case and that the motion therefore should be granted.[2]

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Plaintiffs' Motion To Reopen Case To Enforce Settlement** [#21], filed December 20, 2012, is **GRANTED**; and

    2. That pursuant to **D.C.COLO.LCivR 41.2**, the clerk of the court is **DIRECTED**

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2] Plaintiff notes that it intends to file a motion for entry of judgment in accordance with the parties' Confidential Settlement Agreement once the case is reopened. (**See Motion** ¶ 7 at 2.)

to reopen this civil action.

    Dated January 18, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge