**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01911-REB-KMT

SUDHAKAR REDDY KUDUMULA, individually, and
SHAYMON SERVICES, INC., a Colorado corporation,

      Plaintiffs,

v.

EXXOVA, LLC, a Delaware corporation,

      Defendant.

## ORDER FOR ENTRY OF JUDGMENT

**Blackburn, J.**

      The matter before me is **Plaintiffs' Motion for Entry of Final Judgment Against Defendant** [#26],[1] filed January 25, 2013.  The motion is unopposed, and defendant has signed a Confession of Judgment for the principal amount of the relevant debt.  (*See* **Motion App**., Exh. A.) On the relevant record, I find and conclude that the unopposed motion should be granted and that judgment should be entered in favor of plaintiffs pursuant to the following orders.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Plaintiffs' Motion for Entry of Final Judgment Against Defendant** [#26], filed January 25, 2013, is **GRANTED**;

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

2.  That judgment **SHALL ENTER** for plaintiffs, Sudhakar Reddy Kudumula, individually; and Shaymon Services, Inc., a Colorado corporation and against defendant, Exxova, LLC, a Delaware corporation, pursuant to and consistent with the terms of the parties' Settlement Agreement and the Promissory Note and Confession of Judgment;

3.  That plaintiffs are **AWARDED** damages in the principal amount of $73,368.78, plus attorney fees of $21,403.00 and costs of $695.65, for a total award of $95,467.43; and

4.  That post-judgment interest **SHALL ACCRUE** on the amount of the judgment at the rate of six percent (6%) per annum, as provided in the Promissory Note executed September 13, 2012.

Dated February 22, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge