**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01911-REB-KMT

SUDHAKAR REDDY KUDUMULA, individually, and
SHAYMON SERVICES, INC., a Colorado corporation,

    Plaintiffs,

v.

EXXOVA, LLC, a Delaware corporation,

    Defendant.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order for Entry of Judgment** [#27] entered by Judge Robert E. Blackburn on February 22, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Motion for Entry of Final Judgment Against Defendant** [#26], filed January 25, 2013, is **GRANTED**;

2. That **JUDGMENT IS ENTERED** for plaintiffs, Sudhakar Reddy Kudumula, individually; and Shaymon Services, Inc., a Colorado corporation, and against defendant, Exxova, LLC, a Delaware corporation, pursuant to and consistent with the terms of the parties' Settlement Agreement and the Promissory Note and Confession of Judgment;

3. That plaintiffs are **AWARDED** damages in the principal amount of $73,368.78, plus attorney fees of $21,403.00 and costs of $695.65, for a total award of $95,467.43; and

    4.  That post-judgment interest **SHALL ACCRUE** on the amount of the judgment at the rate of six percent (6%) per annum, as provided in the Promissory Note executed September 13, 2012.

    Dated at Denver, Colorado, this   27th   day of February 2013.

                                    BY THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk

APPROVED BY THE COURT:

*Bob Blackburn* (signature)
Robert E. Blackburn
United States District Judge